IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

ROBIN THOMPSON, as Personal Representative
of the ESTATE OF JERMELL THOMPSON, deceased            PLAINTIFF

VS.                          4:11-CV-00804-BRW

JAMES "CLINT" MURRAY, et al.                           DEFENDANTS

## ORDER

Pending is Defendants' Motion to Compel (Doc. No. 14), and Motion to Continue Trial and All other Deadlines (Doc. No. 20). For the reasons explained below, Defendants' Motion to Compel (Doc. No. 14) is DENIED as MOOT, and Defendants' Motion to Continue (Doc. No. 20) is GRANTED.

On September 7, 2012, Defendants filed a Motion to Compel.[1] On September 21, 2012, Plaintiff requested an extension to reply to Defendants' Motion.[2] I granted Plaintiff's request and ordered him to file a response to the Motion to Compel by September 28, 2012.[3]

Plaintiff, in compliance with my earlier order, filed a Response to Defendant's Motion to Compel.[4] In his Response, Plaintiff states that he has provided Defendants' with the requested releases and disclosures, and supplemented the discovery answers. It also states that any remaining information will be provided by 5:00 p.m. on Friday, September 28, 2012.

Accordingly, Defendants' Motion to Compel is DENIED as MOOT.

---

[1] Doc. No. 14.

[2] Doc. No. 16.

[3] Doc. No. 17.

[4] Doc. No. 19.

1

2

Now, Defendants' request that I continuance the trial date and all other deadlines due to the Plaintiff's delayed response, the number of witnesses involved, and the factual complexity of the allegations.[5]  Defendants also state that due to the delays, it is highly unlikely that they will be able to complete discovery by the applicable deadlines.

Based on Defendants' assertions, I find that their request is merited.  Accordingly, Defendants' Motion is GRANTED.  The Court will issue a new scheduling order shortly.

IT IS SO ORDERED this 2nd day of October, 2012.


/s/Billy Roy Wilson
UNITED STATES DISTRICT JUDGE

---

[5]Doc. No. 20.